**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15-03038-07-CR-S-BCW |
| | ) | |
| JOHNNY L. COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has
entered a plea of guilty to Count Twelve contained in the Indictment
filed on March 31, 2015.  After cautioning and examining the
Defendant under oath concerning each of the subjects mentioned in
Rule 11, I determined that the guilty plea was knowledgeable and
voluntary, and that the offense charged is supported by a factual
basis for each of the essential elements of the offense.  I therefore
recommend that the plea of guilty be accepted and that the Defendant
be adjudged guilty and have sentence imposed accordingly.

Date: <u>August 24, 2015</u>          <u>/s/ David P. Rush</u>
                                    DAVID P. RUSH
                                    UNITED STATES MAGISTRATE JUDGE

NOTICE

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).